Mr. Presiding Justice Boggs delivered the opinion of the court.

Fred Franzmeier, appellee, v. L. D. Brown, appellant. Gen. No. 8,068.

filed August 5, 1929.

Frank T. Sheean and Louis A. Nack, for appellant. T. J. Campbell, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.